# United States Court of Appeals
## For the First Circuit

No. 01-1266

JOHN R. BERMAN,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA

Respondent, Appellee.

ERRATA

The opinion of this court dated September 5, 2001, should be amended as follows:

On page 6, line 8, replace "prexisting" with "preexisting".